# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159220

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CENTERPOINT OWNER LLC,
      Petitioner-Appellant,

v

SC: 159220
COA: 340710
Tax Tribunal: 17-001939-TT

CITY OF GRAND RAPIDS,
      Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 22, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



s0926

Clerk